1  Josephine E. Salmon (CA SBN 206167)
   jsalmon@aldridgepite.com
2  Joseph C. Delmotte (CA SBN 259460)
   jdelmotte@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
6
7  Attorneys for
   U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR5,
   Mortgage Pass-Through Certificates, Series 2005-AR5
8

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>HEATH CARR,<br><br>Debtor. | Case No. 6:17-BK-14622-WJ<br><br>Chapter 7<br><br>**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5 RESPONSE TO [CHAPTER 7 TRUSTEE'S MOTION TO SELL REAL PROPERTY**<br><br>**Hearing:**<br>Date: July 21, 2020<br>Time: 1:00 p.m.<br>Place: 3420 Twelfth Street<br>           Riverside, CA 92501 |

**COMES NOW,** U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5 ("Creditor"), by and through its undersigned counsel, as and for its Response to Trustee's Motion to Sell Real Property ("Response"), and in support states as follows:

### I.    STATEMENT OF FACTS

1.    On May 9, 2005, Heath Carr ("Debtor") executed a promissory Note in the principal sum of $696,000.00 (the "Note"). The Note is secured by a deed of trust (the "Deed of Trust") executed by Debtor on the real property located at 4930 Saddlewood Place, Rancho

Cucamonga, California 91737 (the "Property"). The Deed of Trust reflects that it was duly recorded. Copies of the Note and Deed of Trust are collectively attached hereto as Exhibit A.

2. On June 1, 2017, the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California - Riverside Division, and was assigned case number 6:17-bk-14622-WJ.

3. On June 30, 2020, the Debtor filed a Motion to Sell Real Property ("Motion to Sell") seeking authorization to sell the Property.

## II. RESPONSE

**CREDITOR DOES NOT OPPOSE THE TRUSTEE'S MOTION TO SELL ON THE CONDITION THAT THE FOLLOWING PROVISIONS ARE INCLUDED IN THE ORDER:**

Creditor's non-opposition to the Trustee's Motion to Sell is contingent upon its Claim being paid off in full as follows:

1. Creditor's Claim shall be paid off in full;

2. Creditor shall be permitted to submit an updated payoff demand to the applicable escrow or title company facilitating the sale so that Creditor's Claim is paid in full at the time the sale of the Property is finalized.

3. In the event that the sale of the Property does not take place, Creditor shall retain its Lien for the full amount due under the Subject Loan; and

Based on the foregoing, Creditor submits its Response to the Trustee's Motion to Sell, and respectfully requests that the above-referenced provisions be included in any Order granting the Trustee's Motion to Sell.

Dated: July 8, 2020                    **ALDRIDGE PITE, LLP**

                                       */s/ Josephine E. Salmon*  (SBN 206167)
                                       JOSEPHINE E. SALMON
                                       Attorneys for U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): RESPONSE TO CHAPTER 7 TRUSTEE'S MOTION TO SELL REAL PROPERTY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 8, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.rs.ecf@usdoj.gov
c/o Abram Feuerstein, esq
abram.s.feuerstein@usdoj.gov
Everett L Green
everett.l.green@usdoj.gov

**ATTORNEY FOR DEBTOR:**
Keith Q Nguyen
keith.attorney@gmail.com

**TRUSTEE:**
Howard B Grobstein (TR)
c/o Reem J Bello
rbello@wgllp.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) July 8, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Wayne E. Johnson
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

**DEBTOR:**
Heath Carr
1184 Teton Dr.
Big Bear Lake, CA 92315

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2020 | Roberto Reyes | /s/ ROBERTO REYES |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**